IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AUG 1 4 2000

| | |
|---|---|
| IN RE: ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI) | ) ) ) ) MDL 875 ) ) JFM-89-1819 |
| This Document Relates to United States District Court for Maryland | ) ) ) |
| (See Attachment A) | ) ) ) ) |

AND NOW, this 11th day of August, 2000, FIBREBOARD CORPORATION is hereby dismissed with prejudice in the cases on the attached list, which cases have been resolved.

By the Court:

Dated: 8/11/00

_____
Charles R. Weiner